

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | |
|---|---|
| JNK HOLDINGS LLC, | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) Civil Action No.   17-cv-15-JED-TLW |
| TE KEI'S LLC, d/b/a ROKA BAR & ASIAN FLAVORS | ) ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   TE KEI'S LLC, d/b/a ROKA BAR & ASIAN FLAVORS
Betsy Jackson
320 S BOSTON AVE STE 400
Tulsa Oklahoma 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel Blue
Jessica John Bowman
McAFEE & TAFT A PROFESSIONAL CORPORATION
Two West Second Street, Suite 1100
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Mark C. McCartt, Clerk

Date: _JAN 1 1 2017_

_____
_Signature of Clerk or Deputy Clerk_

mailed to counsel